IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:14CR10003.001 |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 846 |
| MARCUS TYRONE WAYNE, | ) |
| aka "Caine" | ) |

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 20 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**INFORMATION**

The United States Attorney charges:

<u>COUNT 1</u>

Beginning at a time unknown, ~~but at least as early as 2006,~~ and continuing ~~on~~ until on or about June 8, 2012, in the Western District of Arkansas, El Dorado Division and elsewhere, the defendant, **MARCUS TYRONE WAYNE, aka "Caine"**, did knowingly and intentionally combine, conspire, and agree with others known and unknown, to distribute a controlled substance, namely a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: /s/ Clay Fowlkes

Clay Fowlkes
Assistant U. S. Attorney
Arkansas Bar No. 2003-191
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125