IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| v. | ) CASE NO. 1:14CR10003-001 |
| | )<br>) |
| MARCUS TYRONE WAYNE,<br>    Defendant | )<br>)<br>) |

## MONEY JUDGMENT

On June 20, 2014, the defendant pleaded guilty to Count 1 charging him with conspiracy to distribute cocaine, a Schedule II controlled substance in violation of Title 21 U.S.C. § 841(a)(1) and 846.

In the forfeiture allegation of the Indictment, the United States seeks forfeiture, pursuant to Title 21 U.S.C. § 853; and 18 U.S.C. § 982(b)(1), the property constituting or derived from proceeds obtained, directly or directly, as a result of the aforesaid offense, to wit: a sum of United States currency representing the amount of proceeds obtained by the defendant as a result of the offenses described in the Indictment.

Pursuant to the plea agreement, the United States and the defendant have agreed that the defendant shall forfeiture a sum of $35,000.00 in United States currency, which represents the proceeds of the defendant's distribution of cocaine. The parties have stipulated and agreed that this is a sum in aggregate that represents property that constitutes, or is derived from, or is traceable to the proceeds obtained from the commission of the offense of conviction. The defendant has further agreed that if he does not pay $35,000.00 in United States Currency at the

1

time of his change of plea, then he must provide a list of all assets that he has an interest in that are valued in excess of $5,000.00. The defendant also agrees to execute any and all documents requested by the United States to facilitate or complete the forfeiture process.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That a money judgment in the amount of $35,000.00 in United States Currency shall be entered against the defendant, MARCUS WAYNE, as proceeds obtained indirectly or directly from the conduct for which he has been convicted.

2. That if the defendant does not pay $35,000.00 at the time of his change of plea, then he shall provide a list of all assets of which he has an interest in valued in excess of $5,000.00. He shall execute any and all documents requested by the United States to facilitate or complete a subsequent forfeiture process.

3. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), upon entry of this judgment, the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this order and according to the terms of the plea agreement, to conduct any discovery the Court may consider proper in identifying, locating, or disposing of the property.

4. Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), no ancillary proceeding is required to the extent that a forfeiture consists of a money judgment.

5. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), any order of forfeiture becomes final as to the defendant at sentencing.

6. If the defendant does not pay the $35,000.00 in United States Currency by sentencing as he has agreed to in the plea agreement with the United States, and those assets:

a. Cannot be located upon the exercise of due diligence;

   b. Have been transferred to, or deposited with a third party; or

   c. Have been placed beyond the jurisdiction of the Court;

then any other property of the defendant up to the value of the total amount of forfeited property shall be forfeited to the United States as substitute assets pursuant to 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(p).

7. Regarding any substitute assets seized to satisfy this Order, the defendant shall be credited the appraised value of each asset, to be applied towards the $35,000.00 forfeited.

IT IS SO ORDERED this 20 day of June, 2014

_____
United States District Court Judge

Approved as to Form and Content:

_Marcus Wayne_
Marcus Tyrone Wayne

_____
Frank Rubino, Counsel for Defendant

_____
Clay Fowlkes, Assistant U.S. Attorney

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 20 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

3