MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: Western District Of Arkansas-El Dorado Division |
|---|---|
| Name of Movant: Marcus Tyrone Wayne | Prisoner No. 11055-010 | Case No. 1:14-CR-10003 |

Place of Confinement: Federal Correctional Complex-Forrest City Low- P.O. Box 9000 -Low Forrest City Ar 72336

UNITED STATES OF AMERICA    v.    Marcus Tyrone Wayne
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
Western District of Arkansas, El Dorado Division 101 South Jackson Avenue El Dorado, Arkansas 71730

2. Date of judgment of conviction
June 20, 2014, Plea, Nov 26, 2014 Sentence

3. Length of sentence
108 months

4. Nature of offense involved (all counts)
21 U.S.C. §§ 841(a)(1) and 846 for "conspiracy" to distribute a mixture or substance containing a detectable amount of cocaine.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐    N/A
   (b) Judge only ☐

7. Did you testify at the trial?    N/A
   Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐    N/A

9. If you did appeal, answer the following:

   (a) Name of court

   (b) Result           N/A

   (c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court     N/A

        (2) Nature of proceeding

        (3) Grounds raised

                              N/A

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐    No ☐

        (5) Result            N/A

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court

        (2) Name of proceeding    N/A

        (3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result        N/A

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐   No ☐   N/A
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Denial Of Sixth Amendment Right to the effective assistance of counsel under the Strickland standard.

Supporting FACTS (state *briefly* without citing cases or law):

See Brief Attached

B. Ground two:

N/A

Supporting FACTS (state *briefly* without citing cases or law):

C. Ground three:

N/A

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four:

N/A

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

Could not raise them on Direct Appeal.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing

N/A

(b) At arraignment and plea
Frank A. Rubino, Esq. P.A. - Brickell Bay Tower
1001 Brickell Bay Drive, Suite 2206 Miami, Florida 33131

(c) At trial

N/A

(d) At sentencing
Frank A. Rubino, Esq. P.A. - Brickell Bay Tower
1001 Brickell Bay Drive, Suite 2206 Miami, Florida 33131

(e) On appeal

N/A

(f) In any post-conviction proceeding

N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

N/A

(b) Give date and length of the above sentence:

N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☒   N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

November 6, 2015
Date

_____
Signature of Movant



PRIORITY MAIL

RATE ENVELOPE
ATE ★ ANY WEIGHT*

U.S. POSTAGE PAID
FORREST CITY, AR
72335
MAY 25, 16
AMOUNT
$0.00
R2305E124709-10
71730
1006

"From"
MARCUS TYRONE WAY ~#11055-010
Forrest City Federal Correctional Institutional-Low
P.O. Box 9000
Forrest City, AR 72336

"To"
⇔11055-010⇔
United States District Court
Clerk's Office
Western District of Arkansas
101 South Jackson Ave. Room 205
El Dorado, AR 71730

Clerk Of The Court
U.S. District Court
Western District of Arkansas
101 South Jackson Ave. 205
EL Dorado, AR 71730
United States

Legal Mail
"1255 motion"
ected Delivery Day: 05/27/2016
PS TRACKING NUMBER
5117 9438 6146 1344 31











**PRIORITY MAIL**

- DATE OF DELIVERY SPECIF
- USPS TRACKING™ INCLUD
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

Legal Mail
"2255 motion"

FROM: Marcus Thom Holmes #10551-010

Forrest City Federal Correctional Institution-LOW
P.O. Box 9000
Forrest City, AR 72336

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 24 May 14
"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS."

TO:

U.S. District Clerk
Western District of Arkansas
101 S. Jackson, Room 205
El Dorado, AR 71730

⇔ 11055-010 ⇔
Clerk Of The Court
U.S. District Court
Western District of Arkansas
101 South Jackson Ave. 205
El Dorado, AR 71730
United States

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE