IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 1:14-CR-10003

MARCUS TYRONE WAYNE                                                   DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed August 15, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Bryant recommends that Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 23) be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 23) is **DENIED**.

**IT IS SO ORDERED**, this 14th day of November, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge