IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                              Case No 1:14-cr-10003

MARCIS TYRONE WAYNE                                          DEFENDANT

## ORDER

Before the Court is the Motion to Modify Conditions of Release filed herein by the Defendant.  ECF No. 52.   The Motion was referred to the undersigned for decision.  ECF No. 53. The Government does not oppose this Motion and has not responded.  The United States Probation Office has indicated to the Court that it has no objections to the proposed modification.

Accordingly, the Motion to Modify Conditions of Release (ECF No. 52) is **GRANTED**.

(1) All of the conditions of Supervised Release previously imposed shall remain in effect.

(2) Defendant shall no longer be subject to **Home Detention** or GPS location monitoring. The United States Probation Office may remove the location monitoring device and equipment from Defendant or his residence at the earliest reasonable time.

**Defendant is warned that ANY violation of the terms and conditions of his release shall subject him to immediate arrest and revocation of this pre-hearing release.**

Defense counsel is directed to provide a copy of this Order setting pre-hearing release conditions to Defendant.

**SO ORDERED** this **9th day of November 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE